**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA**

Fill in this information to identify your case:

Debtor 1: Dorothy Sharrell Champion
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): _____
First Name / Middle Name / Last Name

Case Number (If known): 19-10945

☐ Check if this is an amended plan.

## CHAPTER 13 PLAN AND MOTION

[Pursuant to Fed. R. Bankr. P. 3015.1, the Southern District of Georgia General Order 2017-3 adopts this form in lieu of the Official Form 113].

1. **Notices.** Debtor(s) must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as not being contained in the plan or if neither or both boxes are checked, the provision will be ineffective if set out in the plan.

    (a) This plan: ☒ contains nonstandard provisions. See paragraph 15 below.
    ☐ does not contain nonstandard provisions.

    (b) This plan: ☒ values the claim(s) that secures collateral. See paragraph 4(f) below.
    ☐ does not value claim(s) that secures collateral.

    (c) This plan: ☒ seeks to avoid a lien or security interest. See paragraph 8 below.
    ☐ does not seek to avoid a lien or security interest.

2. **Plan Payments.**

    (a) The Debtor(s) shall pay to the Chapter 13 Trustee (the "Trustee") the sum of $ **600.00 per month** for the applicable commitment period of:

    ☐ 60 months; **or**

    ☒ a minimum of 36 months. See 11 U.S.C. § 1325(b)(4).

    (If applicable include the following: These plan payments will change to $_____ monthly on _____, 20____.)

    (b) The payments under paragraph 2(a) shall be paid:

    ☒ Pursuant to a Notice to Commence Wage Withholding, the Debtor(s) request(s) that the Trustee serve such Notice(s) upon the Debtor's(s') employer(s) as soon as practicable after the filing of this plan. Such Notice(s) shall direct the Debtor's(s') employer(s) to withhold and remit to the Trustee a dollar amount that corresponds to the following percentages of the monthly plan payment:

    ☒ Debtor 1 **100** %   ☐ Debtor 2 _____ %

    ☐ Direct to the Trustee for the following reason(s):

    ☐ The Debtor(s) receive(s) income solely from self-employment, Social Security, government assistance, or retirement.

    ☐ The Debtor(s) assert(s) that wage withholding is not feasible for the following reason(s):

    _____

    (c) Additional Payments of $_____ (estimated amount) will be made on _____ (anticipated date)

from _____ (source, including income tax refunds).

3. **Long-Term Debt Payments.**

   (a) **Maintenance of Current Installment Payments.** The Debtor(s) will make monthly payments in the manner specified as follows on the following long-term debts pursuant to 11 U.S.C. § 1322(b)(5). These postpetition payments will be disbursed by either the Trustee or directly by the Debtor(s), as specified below. Postpetition payments are to be applied to postpetition amounts owed for principal, interest, authorized postpetition late charges and escrow, if applicable. Conduit payments that are to be made by the Trustee which become due after the filing of the petition but before the month of the first payment designated here will be added to the prepetition arrearage claim.

   | CREDITOR | COLLATERAL | PRINCIPAL RESIDENCE (Y/N) | PAYMENTS TO BE MADE BY (TRUSTEE OR DEBTOR(S)) | MONTH OF FIRST POSTPETITION PAYMENT TO CREDITOR | INITIAL MONTHLY PAYMENT |
   |---|---|---|---|---|---|

   (b) **Cure of Arrearage on Long-Term Debt**. Pursuant to 11 U.S.C. § 1322(b)(5), prepetition arrearage claims will be paid in full through disbursements by the Trustee, with interest (if any) at the rate stated below. Prepetition arrearage payments are to be applied to prepetition amounts owed as evidenced by the allowed claim.

   | CREDITOR | DESCRIPTION OF COLLATERAL | PRINCIPAL RESIDENCE (Y/N) | ESTIMATED AMOUNT OF ARREARAGE | INTEREST RATE ON ARREARAGE (if applicable) |
   |---|---|---|---|---|

4. **Treatment of Claims.** From the payments received, the Trustee shall make disbursements as follows unless designated otherwise:

   (a) **Trustee's Fees.** The Trustee percentage fee as set by the United States Trustee.

   (b) **Attorney's Fees.** Attorney's fees allowed pursuant to 11 U.S.C. § 507(a)(2) of $ **3,000.00** .

   (c) **Priority Claims.** Other 11 U.S.C. § 507 claims, unless provided for otherwise in the plan will be paid in full over the life of the plan as funds become available in the order specified by law.

   (d) **Fully Secured Allowed Claims.** All allowed claims that are fully secured shall be paid through the plan as set forth below.

   | CREDITOR | DESCRIPTION OF COLLATERAL | ESTIMATED CLAIM | INTEREST RATE | MONTHLY PAYMENT |
   |---|---|---|---|---|

   (e) **Secured Claims Excluded from 11 U.S.C. § 506 (those claims subject to the hanging paragraph of 11 U.S.C. § 1325(a)).** The claims listed below were either: (1) incurred within 910 days before the petition date and secured by a

purchase money security interest in a motor vehicle acquired for the personal use of the Debtor(s), or (2) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value. These claims will be paid in full under the plan with interest at the rate stated below:

| CREDITOR | DESCRIPTION OF COLLATERAL | ESTIMATED CLAIM | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|---|
| U.S. Auto Finance | Kia Motor Vehicle | $20,986.00 | 6% | Min. of $350.00 |
| Kornerstone Credit, LLC | Personal Property | $2,724.00 | 2% | Min. of $48.00 |
| NPRTO Georgia, LLC dba Progressive | Personal Property | $2,301.00 | 2% | Min. of $40.00 |

(f) **Valuation of Secured Claims to Which 11 U.S.C. § 506 is Applicable.** The Debtor(s) move(s) to value the claims partially secured by collateral pursuant to 11 U.S.C. § 506 and provide payment in satisfaction of those claims as set forth below. The unsecured portion of any bifurcated claims set forth below will be paid pursuant to paragraph 4(h) below. The plan shall be served on all affected creditors in compliance with Fed. R. Bankr. P. 3012(b), and the Debtor(s) shall attach a certificate of service.

| CREDITOR | DESCRIPTION OF COLLATERAL | VALUATION OF SECURED CLAIM | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|---|
| Delta Finance Company | Personal Property | $ - 0 - | 0% | $ - 0 - |
| Empire Loan | Personal Property | $ - 0 - | 0% | $ - 0 - |
| MoneyLion of Georgia LLC | Personal Property | $ - 0 - | 0% | $ - 0 - |
| Sunset Finance Co., (SC) LLC | Personal Property | $ - 0 - | 0% | $ - 0 - |
| W. S. Badcock Corporation | Personal Property | $ - 0 - | 0% | $ - 0 - |

(g) **Special Treatment of Unsecured Claims.** The following unsecured allowed claims are classified to be paid at 100% ☐ with interest at _____ % per annum **or** ☐ without interest:

_____

(h) **General Unsecured Claims.** Allowed general unsecured claims, including the unsecured portion of any bifurcated claims provided for in paragraph 4(f) or paragraph 9 of this plan, will be paid a **0** % dividend or a pro rata share of $ **0**, whichever is greater.

5. **Executory Contracts.**

   (a) **Maintenance of Current Installment Payments or Rejection of Executory Contract(s) and/or Unexpired Lease(s).**

| CREDITOR | DESCRIPTION OF PROPERTY/SERVICES AND CONTRACT | ASSUMED/ REJECTED | MONTHLY PAYMENT | DISBURSED BY TRUSTEE OR DEBTOR(S) |
|---|---|---|---|---|
| Royal American Management, Inc. | Residential Lease | Assumed | $642.00 | Debtor |

   (b) **Treatment of Arrearages.** Prepetition arrearage claims will be paid in full through disbursements by the Trustee.

| CREDITOR | ESTIMATED ARREARAGE |
|---|---|
| Royal American Management, Inc. | $ - 0 - |

6. **Adequate Protection Payments.** The Debtor(s) will make pre-confirmation lease and adequate protection payments pursuant to 11 U.S.C. § 1326(a)(1) on allowed claims of the following creditors: ☐ Direct to the Creditor; **or** ☑ To the Trustee.

| CREDITOR | ADEQUATE PROTECTION OR LEASE PAYMENT AMOUNT |
|---|---|
| U.S. Auto Finance | $200.00 |

7. **Domestic Support Obligations.** The Debtor(s) will pay all postpetition domestic support obligations direct to the holder of such claim identified here. See 11 U.S.C. § 101(14A). The Trustee will provide the statutory notice of 11 U.S.C. § 1302(d) to the following claimant(s):

| CLAIMANT | ADDRESS |
|---|---|
| | |

8. **Lien Avoidance.** Pursuant to 11 U.S.C. § 522(f), the Debtor(s) move(s) to avoid the lien(s) or security interest(s) of the following creditor(s), upon confirmation but subject to 11 U.S.C. § 349, with respect to the property described below. The plan shall be served on all affected creditor(s) in compliance with Fed. R. Bankr. P. 4003(d), and the Debtor(s) shall attach a certificate of service.

| CREDITOR | LIEN IDENTIFICATION (if known) | PROPERTY |
|---|---|---|
| Delta Finance Company | | Household Goods |
| Empire Loan | | Household Goods |
| MoneyLion of Georgia, LLC | | Household Goods |
| Sunset Finance Co., (SC) LLC | | Household Goods |

9. **Surrender of Collateral.** The following collateral is surrendered to the creditor to satisfy the secured claim to the extent shown below upon confirmation of the plan. The Debtor(s) request(s) that upon confirmation of this plan the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under 11 U.S.C. § 1301 be terminated in all respects. Any allowed deficiency balance resulting from a creditor's disposition of the collateral will be treated as an unsecured claim in paragraph 4(h) of this plan if the creditor amends its previously-filed, timely claim within 180 days from entry of the order confirming this plan or by such additional time as the creditor may be granted upon motion filed within that 180-day period.

| CREDITOR | DESCRIPTION OF COLLATERAL | AMOUNT OF CLAIM SATISFIED |
|---|---|---|
| | | |

10. **Retention of Liens.** Holders of allowed secured claims shall retain the liens securing said claims to the full extent provided by 11 U.S.C § 1325(a)(5).

11. **Amounts of Claims and Claim Objections.** The amount, and secured or unsecured status, of claims disclosed in this plan are based upon the best estimate and belief of the Debtor(s). An allowed proof of claim will supersede those estimated claims. In accordance with the Bankruptcy Code and Federal Rules of Bankruptcy Procedure, objections to claims may be filed before or after confirmation.

12. **Payment Increases.** The Debtor(s) will increase payments in the amount necessary to fund allowed claims as this plan proposes, after notice from the Trustee and a hearing if necessary, unless a plan modification is approved.

13. **Federal Rule of Bankruptcy Procedure 3002.1.** The Trustee shall not pay any fees, expenses, or charges disclosed by a creditor pursuant to Fed. R. Bankr. P. 3002.1(c) unless the Debtor's(s') plan is modified after the filing of the notice to provide for payment of such fees, expenses, or charges.

14. **Service of Plan.** Pursuant to Fed. R. Bankr. P. 3015(d) and General Order 2017-3, the Debtor(s) shall serve the Chapter 13 plan on the Trustee and all creditors when the plan is filed with the court, and file a certificate of service accordingly. If the Debtor(s) seek(s) to limit the amount of a secured claim based on valuation of collateral (paragraph 4(f) above), seek(s) to avoid a security interest or lien (paragraph 8 above), or seek(s) to initiate a contested matter, the Debtor(s) must serve the plan on the affected creditors pursuant to Fed. R. Bankr. P. 7004. See Fed. R. Bankr. P. 3012(b), 4003(d), and 9014.

15. **Nonstandard Provisions.** Under Fed. R. Bankr. P. 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise in this local plan form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

> a) UPON GRANT OF DISCHARGE IN THIS CASE, ALL SECURED CREDITORS BEING PAID THROUGH THE PLAN SHALL PROMPTLY RELEASE ALL COLLATERAL HELD AS SECURITY ON LOANS, AND SHALL PROMPTLY RELEASE AND/OR SATISFY ALL SECURITY DEEDS, SECURITY AGREEMENTS, UCC FILINGS, JUDGMENT LIENS, TITLES, AND/OR ANY OTHER LIEN CLAIM OF ANY KIND AGAINST PROPERTY OF THE DEBTOR. THIS PARAGRAPH SHALL IN NO WAY APPLY TO MORTGAGES AND/OR OTHER SECURED DEBTS THAT ARE NOT PAID THROUGH THE CHAPTER 13 PLAN.
> b) CHRYSLER CAPITAL PAID DIRECT BY CO-DEBTOR, KENYATTA D. CHAMPION, ON NOTE SECURED BY MOTOR VEHICLE.

**By signing below, I certify the foregoing plan contains no nonstandard provisions other than those set out in paragraph 15.**

Dated: 7-25-19

_____
*Debtor 1*

_____
*Debtor 2*

_____
*Attorney for the Debtor(s)*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing CHAPTER 13 PLAN AND MOTION upon the following parties via CM/ECF electronic mail:

Huon Le
[VIA ECF]

Office of the U. S. Trustee
[VIA ECF]

I hereby certify that I have served a copy of the within and foregoing CHAPTER 13 PLAN AND MOTION by First Class Mail, placing same in the United States Mail with proper postage affixed thereon, to the following addresses:

SEE ATTACHED EXHIBIT "A"

I hereby certify that I have served a copy of the within and foregoing CHAPTER 13 PLAN AND MOTION on the following corporations, addressed to an Agent or Officer, by First Class Mail, placing same in the United States Mail with proper postage affixed thereon, to the following addresses:

Delta Finance Company
Attn: Officer or Agent
1944 Walton Way, Suite H
Augusta, GA 30904-6711
(as shown on Exhibit "A")

Empire Loan
Attn: Officer or Agent
1944 Walton Way, Suite J
Augusta, GA 30904-6711
(as shown on Exhibit "A")

Empire Loan
Attn: Officer or Agent
903 Greene Street
Augusta, GA 30901-2231
(as shown on Exhibit "A")

MoneyLion of Georgia LLC
Attn: Officer or Agent
30 W. 21st Street, Floor 9
New York, NY 10010-6957
(as shown on Exhibit "A")

MoneyLion of Georgia LLC
Attn: Officer or Agent
P.O. Box 1547
Sandy, UT 84091-1547
(as shown on Exhibit "A")

MoneyLion of Georgia LLC, Attn: National
Registered Agents, Inc, Registered Agent
289 S. Culver Street
Lawrenceville, GA 30046-4805
(as shown on Exhibit "A")

Sunset Finance Co., (SC) LLC
Attn: Officer or Agent
134 Railroad Street
Thomson, GA 30824-2733
(as shown on Exhibit "A")

Sunset Finance Co., (SC) LLC
Attn: Officer or Agent
510 Mountain View Drive, Suite 500
Seneca, SC 29672-2145
(as shown on Exhibit "A")

Sunset Finance Co., (SC) LLC
Attn: Bobby Knight, Jr, Registered Agent
6263 Highway 278 NW
Covington, GA 30014
(as shown on Exhibit "A")

W. S. Badcock Corporation
Attn: Officer or Agent
P.O. Box 724
Mulberry, FL 33860-0724
(as shown on Exhibit "A")

W. S. Badcock Corporation, Attn: C T
Corporation System, Registered Agent
289 S. Culver Street
Lawrenceville, GA 30046-4805
(as shown on Exhibit "A")

I hereby certify that I have served a copy of the within and foregoing CHAPTER 13 PLAN MOTION on the following insured depository institutions, addressed to an Officer of the institution, by Certified Mail with proper postage affixed thereon, to the following addresses:

N/A

This 26th day of July, 2019.

_____
Charles W. Wills
Attorney for Debtor

Wills Law Firm, LLC
P.O. Box 1620
Thomson, GA 30824
706-595-8100

```
Label Matrix for local noticing         AFNI, INC                                ASHLEY STEWART/COMENITY BANK
113J-1                                   1310 MARTIN LUTHER KING DRIVE            P.O. BOX 182789
Case 19-10945-SDB                        P.O. BOX 3517                            COLUMBUS OH 43218-2789
Southern District of Georgia             BLOOMINGTON IL 61702-3517
Augusta
Fri Jul 26 11:59:27 EDT 2019

AT&T BANKRUPTCY CENTER                   BELLSOUTH TELECOMMUNICATIONS, INC.       BROWN & RADIOLOGY ASSOCIATES
P.O. BOX 769                             AT&T SERVICES, INC.                      P.O. BOX 3845
ARLINGTON TX 76004-0769                  ONE AT&T WAY, ROOM 3A104                 AUGUSTA GA 30914-3845
                                         BEDMINSTER NJ 07921-2694

CAPITAL ONE BANK (USA), N.A.             CHRYSLER CAPITAL                         COMENITY BANK
P.O. BOX 71083                           ATTN: BANKRUPTCY DEPT                    BANKRUPTCY DEPARTMENT
CHARLOTTE NC 28272-1083                  P.O. BOX 961278                          P.O. BOX 182125
                                         FORT WORTH TX 76161-0278                 COLUMBUS OH 43218-2125

COMMONWEALTH FINANCIAL SYSTEMS           CONSOLIDATED CREDIT SOLUTIONS            CREDIT ONE BANK
245 MAIN STREET                          5701 WEST SUNRISE BLVD                   P.O. BOX 98873
DICKSON CITY PA 18519-1641               FORT LAUDERDALE FL 33313-6269            LAS VEGAS NV 89193-8873

Dorothy Sharrell Champion                Charles W. Wills                         DELTA FINANCE COMPANY
500 Mendel Avenue                        Wills Law Firm, LLC                      ATTN: OFFICER OR AGENT
Apartment 313                            318 Jackson Street                       1944 WALTON WAY, SUITE H
Thomson, GA 30824-1685                   P.O. Box 1620                            AUGUSTA GA 30904-6711
                                         Thomson, GA 30824-5620

DENTAL ASSOCIATES OF GROVETOWN           DIVERSIFIED CONSULTANTS, INC.            DIVERSIFIED CONSULTANTS, INC.
9596 BENTLEY DRIVE                       10550 DEERWOOD PARK BLVD                 P. O. BOX 551268
GROVETOWN GA 30813-0279                  SUITE 309                                JACKSONVILLE FL 32255-1268
                                         JACKSONVILLE FL 32256-2805

EMPIRE LOAN                              EMPIRE LOAN                              ENHANCED RECOVERY COMPANY
ATTN: OFFICER OR AGENT                   ATTN: OFFICER OR AGENT                   P.O. BOX 57547
1944 WALTON WAY, SUITE J                 903 GREENE STREET                        JACKSONVILLE FL 32241-7547
AUGUSTA GA 30904-6711                    AUGUSTA GA 30901-2231

ER SOLUTIONS                             FBCS, INC.                               FINGERHUT/WEBBANK
P.O. BOX 9004                            330 S. WARMINSTER ROAD                   6250 RIDGEWOOD RD.
RENTON WA 98057-9004                     SUITE 353                                SAINT CLOUD MN 56303-0820
                                         HATBORO PA 19040-3433

FIRST NATIONAL CREDIT CARD               (p)FIRST SAVINGS BANK                    GLOBAL CREDIT
500 E. 60TH STREET N.                    PO BOX 5096                              5440 N. CUMBERLAND AVENUE
SIOUX FALLS SD 57104-0478                SIOUX FALLS SD 57117-5096                SUITE 300
                                                                                  CHICAGO IL 60656-1486

HICKORY HILL EMERGENCY PHYSICIANS, LLC   (p)JEFFERSON CAPITAL SYSTEMS LLC         KENYATTA D. CHAMPION
1A BURTON HILLS BLVD                     PO BOX 7999                              116 WHITE OAK EXT.
NASHVILLE TN 37215-6187                  SAINT CLOUD MN 56302-7999                APARTMENT 53
                                                                                  THOMSON GA 30824
```

EXHIBIT "A"

| | | |
|---|---|---|
| KORNERSTONE CREDIT, LLC<br>1111 DRAPER PARKWAY<br>SUITE 200<br>DRAPER UT 84020-9058 | LANIER COLLECTION AGENCY<br>P.O. BOX 15519<br>SAVANNAH GA 31416-2219 | LVNV FUNDING, LLC<br>C/O RESURGENT CAPITAL SERVICES<br>P.O. BOX 1269<br>GREENVILLE SC 29602-1269 |
| ~~Hu&#42;n &#42;e~~ ✗<br>P.O. &#42;ox 2127<br>Augusta, GA 30903-2127<br>(via CM/ECF) | MERRICK BANK<br>P.O. BOX 9201<br>OLD BETHPAGE NY 11804-9001 | MONEYLION OF GEORGIA LLC<br>ATTN: OFFICER OR AGENT<br>30 W. 21ST STREET, FLOOR 9<br>NEW YORK NY 10010-6957 |
| MONEYLION OF GEORGIA LLC<br>ATTN: OFFICER OR AGENT<br>P.O. BOX 1547<br>SANDY UT 84091-1547 | MONEYLION OF GEORGIA LLC, ATTN: NATIONAL<br>REGISTERED AGENTS, INC, REGISTERED AGENT<br>289 S. CULVER STREET<br>LAWRENCEVILLE GA 30046-4805 | NPRTO GEORGIA, LLC<br>DBA PROGRESSIVE<br>256 WEST DATA DRIVE<br>DRAPER UT 84020-2315 |
| Office of the U. S. Trustee ✗<br>Johnson Square Business Center<br>2 East Bryan Street, Ste 725<br>Savannah, GA 31401-2638<br>(via CM/ECF) | (p)PENTAGON FEDERAL CREDIT UNION<br>ATTN BANKRUPTCY DEPARTMENT<br>P O BOX 1432<br>ALEXANDRIA VA 22313-1432 | ROYAL AMERICAN MANAGEMENT, INC.<br>125 TOWNPARK DRIVE, SUITE 300<br>KENNESAW GA 30144-3231 |
| SECOND ROUND, LP<br>4150 FREIDRICH LANE<br>SUITE I<br>AUSTIN TX 78744-1052 | SUNSET FINANCE CO., (SC) LLC<br>ATTN: OFFICER OR AGENT<br>134 RAILROAD STREET<br>THOMSON GA 30824-2733 | SUNSET FINANCE CO., (SC) LLC<br>ATTN: OFFICER OR AGENT<br>510 MOUNTAIN VIEW DRIVE, SUITE 500<br>SENECA SC 29672-2145 |
| SUNSET FINANCE CO., (SC) LLC<br>ATTN: BOBBY KNIGHT, JR, REGISTERED AGENT<br>6263 HIGHWAY 278 NW<br>COVINGTON GA 30014 | SW CREDIT SYSTEMS, LP<br>4120 INTEERNATIONAL PKWY<br>SUITE 1100<br>CARROLLTON TX 75007-1958 | SYNCHRONY BANK<br>ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 965060<br>ORLANDO FL 32896-5060 |
| TATE KIRLIN<br>2810 SOUTH HAMPTON ROAD<br>PHILADELPHIA PA 19154-1207 | TRANSWORLD SYSTEMS, INC.<br>405 PRUDENTIAL ROAD<br>HORSHAM PA 19044 | TRANSWORLD SYSTEMS, INC.<br>P.O. BOX 17221<br>WILMINGTON DE 19850-7221 |
| U.S. AUTO FINANCE<br>2875 UNIVERSITY PKWY<br>LAWRENCEVILLE GA 30043-6752 | U.S. AUTO FINANCE<br>6225 SMITH AVENUE<br>BALTIMORE MD 21209-3626 | U.S. DEPARTMENT OF EDUCATION<br>400 MARYLAND AVENUE SW<br>WASHINGTON DC 20202-0008 |
| U.S. DEPARTMENT OF EDUCATION<br>C/O NELNET<br>P.O. BOX 82561<br>LINCOLN NE 68501-2561 | (p)UNIVERSITY HEALTH SERVICES INC<br>ATTN COLLECTIONS DIVISION<br>620 THIRTEENTH ST<br>AUGUSTA GA 30901-1008 | VERIZON WIRELESS<br>3 VERIZON PL<br>ALPHARETTA GA 30004-8510 |
| VICTORIA'S SECRET/COMENITY BANK<br>P.O. BOX 182789<br>COLUMBUS OH 43218-2789 | W. S. BADCOCK CORPORATION<br>ATTN: OFFICER OR AGENT<br>P.O. BOX 724<br>MULBERRY FL 33860-0724 | W. S. BADCOCK CORPORATION, ATTN: C T<br>CORPORATION SYSTEM, REGISTERED AGENT<br>289 S. CULVER STREET<br>LAWRENCEVILLE GA 30046-4805 |

WAL-MART/SYNCB
P.O. BOX 965024
ORLANDO FL 32896-5024

Charles W. Wills
Wills Law Firm, LLC
P.O. Box 1620
318 Jackson Street
Thomson, GA 30824-2901

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

FIRST SAVINGS BANK/BLAZE CREDIT CARD
500 E. 60TH STREET
SIOUX FALLS SD 57104

(d)FIRST SAVINGS BANK/BLAZE CREDIT CARD
P.O. BOX 5065
SIOUX FALLS SD 57117

(d)FIRST SAVINGS CREDIT CARD
500 E. 60TH STREET N.
SIOUX FALLS SD 57104

JEFFERSON CAPITAL SYSTEMS, LLC
P.O. BOX 7999
SAINT CLOUD MN 56302-9617

PENTAGON FEDERAL CREDIT UNION
P.O. BOX 1432
ALEXANDRIA VA 22313

(d)PENTAGON FEDERAL CREDIT UNION
P.O. BOX 247009
OMAHA NE 68124

UNIVERSITY HEALTH SERVICES
620 13TH STREET
AUGUSTA GA 30901


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Dorothy Sharrell Champion
500 Mendel Avenue
Apartment 313
Thomson GA 30824-1685

End of Label Matrix
Mailable recipients   61
Bypassed recipients    1
Total                 62